UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

(Criminal)

UNITED STATES OF AMERICA        No. 24-238 D (1)
    VS.
JOSE GUADALUPE MUNOZ-PEREZ

WRIT OF HABEAS CORPUS AD PROSEQUENDUM

THE PRESIDENT OF THE UNITED STATES OF AMERICA:

TO:    Sheriff, St. Tammany Parish Jail

GREETING: --

You are hereby ordered and directed to surrender the body of **Jose Guadalupe Munoz-Perez**, to the United States Marshal's Service, to be thereafter produced on or before the **4th day of November 2024, at 2:00 p.m.,** before the Duty Magistrate Judge, to appear for an initial appearance after which **JOSE GUADALUPE MUNOZ-PEREZ** is to be returned to the Sheriff of St. Tammany Parish Jail, Covington, Louisiana.

Witness the Honorable Judges of the United States District Court for the Eastern District of Louisiana at the City of New Orleans, LA, this 30 day of October, 2024

CAROL L. MICHEL, CLERK

BY: _____ /s/ Kenna Salinas
            Deputy Clerk