MINUTE ENTRY
NOVEMBER 4, 2024
NORTH, M. J.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 24-238 |
| JOSE GUADALUPE MUNOZ-PEREZ | SECTION: D |

### INITIAL APPEARANCE

APPEARANCES:  X  DEFENDANT WITH/(WITHOUT) COUNSEL  _____

   X  ASSISTANT U.S. ATTORNEY   JON MAESTRI
   X  INTERPRETER   BEATRIZ CARO
   Designated by Court and sworn.   Time: 2:12 p.M to 2:19 p.M.

__ / DEFENDANT CONSENTED TO APPEAR BY VIDEO

_X_ / DEFENDANT WAS ADVISED OF HIS RIGHTS

_X_ / READING OF THE INDICTMENT WAS:
   (READ)  WAIVED  SUMMARIZED

_X_ / DEFENDANT INFORMED THE COURT THAT COUNSEL (HAS BEEN) WOULD BE RETAINED

__ / REQUESTED COURT-APPOINTED COUNSEL; SWORN RE FINANCIAL STATUS

_X_ / FEDERAL PUBLIC DEFENDER ^Temporarily APPOINTED TO REPRESENT THE DEFENDANT

__ / DEFENDANT FOUND NOT TO BE LEGALLY INDIGENT

MJSTAR: 00: 07

_/ BOND SET AT _____

_____

SPECIAL CONDITIONS: (1) HE SHALL NOT COMMIT A FEDERAL, STATE OR LOCAL CRIME DURING THE PERIOD OF RELEASE; (2) HE SHALL NOT INTERFERE WITH, INTIMIDATE, THREATEN, HARM, OR INFLUENCE ANY JUROR, GOVERNMENT WITNESSES, VICTIMS OR FEDERAL AGENTS.

_____

_____

_____

_/ GOVERNMENT ADVISED OF ITS OBLIGATIONS TO PRODUCE ALL EXCULPATORY EVIDENCE TO THE DEFENDANT PURSUANT TO *BRADY V. MARYLAND* AND ITS PROGENY AND ORDERED TO DO SO TIMELY.

X/ DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL

_/ DEFENDANT RELEASED ON BOND

X/ DEFENDANT INFORMED THAT PRELIMINARY HEARING/REMOVAL HEARING/ ARRAIGNMENT IS SET FOR  11-6-24 at 2 p.m.

X/ HEARING TO DETERMINE COUNSEL IS SET FOR 11-6-24 at 2pm

X/ DEFENDANT INFORMED THAT DETENTION HEARING IS SET FOR

11-6-24 at 2p.m.

X/ DEFENDANT ORDERED TO RE-APPEAR FOR PRELIMINARY HEARING/REMOVAL HEARING/(ARRAIGNMENT)/DETENTION HEARING/(HEARING TO DETERMINE COUNSEL) WITH COUNSEL _____

_/ THE COURT ACCEPTED DEFENDANTS VERBAL CONSENT IN LIEU OF SIGNATURE ON THE APPEARANCE BOND AND ORDER SETTING CONDITIONS OF RELEASE.